

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2023

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

> Application granted. Conference is adjourned until August 15, 2023 at 2:00 P.M. STT is excluded until August 15, 2023.
>
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> June 23, 2023

    **Re:** *United States v. Austin Koosha*, **23 Cr. 195 (NRB)**

Dear Judge Buchwald:

    The Government respectfully writes on behalf of itself and counsel for Mr. Koosha to request a 45-day adjournment of the status conference currently scheduled in the above-captioned case on June 27, 2023 at 12:00 pm. The parties respectfully ask that the pretrial conference not be scheduled on August 20 to 23, when defense counsel is unavailable. The Government also requests that the Court exclude time between June 27 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

    Thank you for your consideration.

    Respectfully,

    DAMIAN WILLIAMS
    United States Attorney

by: _/s/_____
    Edward C. Robinson Jr.
    Assistant United States Attorney
    (212) 637-2273

cc: Avi Moskowitz