

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2023

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

    Re: *United States v. Austin Koosha*, 23 Cr. 195 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes on behalf of itself and counsel for Mr. Koosha to request a 45-day adjournment of the status conference currently scheduled in the above-captioned case on November 9, 2023 at 1:30 p.m. The Government also requests that the Court exclude time between November 9 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

    Thank you for your consideration.

                                        Respectfully,

                                        DAMIAN WILLIAMS
                                      United States Attorney

                       by:  /s/_____
                              Edward C. Robinson Jr.
                              Assistant United States Attorney
                              (212) 637-2273

cc: Avi Moskowitz

> The conference is adjourned until January 4, 2024, at 12:00 pm. Speedy trial time excluded, 18 USC §3161(h)(7)(A).
> SO ORDERED.
>
> *[signature: Naomi Reice Buchwald]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
> Dated: November 6, 2023
>        New York, New York