**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2024

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

> ENDORSEMENT
> The conference is adjourned until February 27, 2024 at noon. Speedy trial time included. 18 U.S.C. § 3161(h)(7)(A).
> Naomi Reice Buchwald, USDJ
> 1/2/24

Re: *United States v. Austin Koosha*, 23 Cr. 195 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes on behalf of itself and counsel for Mr. Koosha to request a 45-day adjournment of the status conference currently scheduled in the above-captioned case on January 4, 2024 at 12:00 p.m. The Government also requests that the Court exclude time between January 4 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

    Thank you for your consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637-2273

cc: Avi Moskowitz