

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 30, 2024

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

    Re: *United States v. Austin Koosha*, 23 Cr. 195 (NRB)

Dear Judge Buchwald:

    The Government respectfully writes on behalf of itself and counsel for Mr. Koosha to request a 60-day adjournment of the status conference currently scheduled in the above-captioned case on July 2, 2024, at 12:00 pm. The Government also requests that the Court exclude time between July 2 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

    Thank you for your consideration.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                    by:  /s/_____
                        Edward C. Robinson Jr.
                        Assistant United States Attorney
                        (212) 637-2273

cc: Avi Moskowitz

```
The conference is adjourned
until September 3, 2024, at
12:00 pm. Speedy trial time
excluded, 18 USC §3161(h)
(7)(A).

SO ORDERED.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2024
       New York, New York
```