

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 4, 2024

**BY ECF**
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

   Re: *United States v. Austin Koosha*, 23 Cr. 195 (NRB)

Dear Judge Buchwald:

   The Government respectfully writes on behalf of itself and counsel for Mr. Koosha to request a 30-day adjournment of the status conference currently scheduled in the above-captioned case on November 7, 2024 at 1:00 p.m. Defense counsel is not available on December 10 or 17. The Government also requests that the Court exclude time between November 7, 2024 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

   Thank you for your consideration.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                           by: _/s/_____
                              Edward C. Robinson Jr.
                              Assistant United States Attorney
                              (212) 637-2273

cc: Avi Moskowitz

```
Application granted. The conference scheduled for November
7, 2024 is adjourned to December 19, 2024 at 1:00 p.m.  The
Court excludes time under the Speedy Trial Act until
December 19, 2024.  See 18 U.S.C. 3161(h)(7)(A).
```

SO ORDERED.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Date: November 6, 2024
      New York, New York
```